476 A.2d 106

Spawn Mate East, Inc., Appellant, v. Schlott.

Submitted November 18, 1983. Rolfe C. Marsh, Assistant Public Defender, for appellant; Clifford B. LePage, Jr., for appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The order of the learned Berks County Common Pleas Court President Judge Grant E. Wesner is affirmed.